UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:06-CR-140-012 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| VARIAN FORD, also known as "SKIN BONE," ) | |
| "SKINNY," and "SHON" ) | |

**O R D E R**

On June 25, 2007, United States Magistrate Judge William B. Carter conducted a change of plea hearing in this case and filed a Report and Recommendation ("R&R"). The R&R recommends (1) the Court accept the defendant's guilty plea as to Count One of the Indictment, to the extent it charges conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1) and the lesser included offense of (b)(1)(D); (2) the Court adjudicate the defendant guilty of the charges to which he has pleaded; (3) the Court accept the defendant's plea agreement at the time of sentencing; and (4) the defendant be taken into custody pending sentencing in this matter (Court File No. 223).

Neither party has filed objections to the R&R within the given ten (10) days. Therefore, after reviewing the record, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 223) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) The defendant's guilty plea to the lesser included offense of Count One of the Indictment is **ACCEPTED**;

(2) The defendant is hereby **ADJUDGED** guilty of the charge to which he has pleaded;

(3) A decision to accept the plea agreement is **DEFERRED** until sentencing; and

(4) The defendant **IS TAKEN INTO CUSTODY** until sentencing. Sentencing is set for

**Thursday, October 4, 2007, at 9:00 a.m.**

      **SO ORDERED.**

      **ENTER:**

      **/s/**
      **CURTIS L. COLLIER**
      **CHIEF UNITED STATES DISTRICT JUDGE**

2